**F I L E D**
CLERK, U.S. DISTRICT COURT
3/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: vmun DEPUTY

E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0631
    Facsimile: (213) 894-0141
    E-mail:    Kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>YURI KHATCHIKYAN, et al.,<br><br>        Defendants. | CR 2:24-cr-00214 -MEMF<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF KATHRYNNE N. SEIDEN<br><br>**(UNDER SEAL)** |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until either defendant's initial appearance in this matter, at which point the indictment and related documents shall be automatically unsealed.

//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Kathrynne N. Seiden.

Dated: March 28, 2024               Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    CAMERON L. SCHROEDER
                                    Assistant United States Attorney
                                    Chief, National Security Division

                                    /s/
                                    _____
                                    KATHRYNNE N. SEIDEN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF KATHRYNNE N. SEIDEN**

I, Kathrynne N. Seiden, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Khatchikyan et al., the indictment in which is being presented to a federal grand jury in the Central District of California on March 29, 2024.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on March 29, 2024. The likelihood of apprehending one or more of the charged defendants might be jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and has his or her initial appearance.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 28, 2024.

/s/
_____
KATHRYNNE N. SEIDEN

1