# *United States Probation & Pretrial Services*

United States District Court
Central District of California

**F I L E D**
CLERK, U.S. DISTRICT COURT

4/15/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY



| | |
|---|---|
| **Brian D. Karth**<br>District Court Executive / Clerk of Court | **Natasha Alexander-Mingo**<br>Chief Probation & Pretrial Services Officer |

April 15, 2024

To:        Criminal Intake, Clerk's Office

From:    Michael Cryer
           U.S. Probation & Pretrial Services Officer

Re:       Karapetyan, Yelena
           Docket Number: 2:24CR00214

The defendant's bond includes a condition to "Not possess any firearms, ammunition, destructive devices, or other dangerous weapon and to surrender any such item as directed by Supervision Agency by April 15, 2024.

Pretrial Services conducted a firearms record check which reflected that the defendant had registered firearms in her name. PSA was provided a property receipt from the Federal Bureau of Investigations (FBI). Additionally, Pretrial Services was provided a written statement from the defendant stating that she does not own or posses any firearms.