UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>YURI KHATCHIKYAN,<br>　aka "Ghost," and<br>YELENA KARAPETYAN,<br><br>　　　　　Defendants. | Case No. 2:24-cr-00214-MEMF<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [ECF NO. 36]** |

　　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 7, 2024. ECF No. 36. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　　The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would

1  deny defense counsel the reasonable time necessary for effective preparation, taking into account the
2  exercise of due diligence.
3        THEREFORE, FOR GOOD CAUSE SHOWN:
4        1.    The trial in this matter is continued from June 3, 2024, to January 13, 2025, at 8:30 a.m.
5  The Final Pretrial Conference is set for January 3, 2025, at 10:00 a.m.
6        2.    The time period of June 3, 2024, to January 13, 2025, inclusive, is excluded in
7  computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
8  (h)(7)(B)(i), and (B)(iv).
9        3.    Defendants shall appear in Courtroom 8B of the Federal Courthouse, 350 West 1st
10  Street, Los Angeles, California on January 13, 2025, at 8:30 a.m., for trial, and on January 3, 2025, at
11  10:00 a.m., for the Final Pretrial Conference.
12        4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial
13  Act dictate that additional time periods are excluded from the period within which trial must
14  commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the
15  future authorize the exclusion of additional time periods from the period within which trial must
16  commence.

28  / / /

5. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents **no later than December 27, 2024**:

- Trial memorandum;
- Witness list;
- Exhibit list;
- Case-specific glossary for the Court Reporter;
- Joint jury instructions in the form described below;
- Joint proposed verdict form; and
- Proposed voir dire questions, if any.

IT IS SO ORDERED.

Dated: May 17, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge