BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3183
    Facsimile: (213) 894-0142
    E-mail:   Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00214-MEMF-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE AGAINST DEFENDANT YELENA KARAPETYAN PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| YELENA KARAPETYAN, | |
| Defendant. | |

    The Court has read and considered the government's motion to dismiss indictment without prejudice against defendant Yelena Karapetyan.  The Court finds that there is good cause to dismiss the indictment in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice against defendant Yelena Karapetyan only in the interest of justice. Defendant Yelena Karapetyan's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

_____   _____
DATE                          HONORABLE MAAME EWUSI-MENSAH FRIMPONG
                              UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
JOSHUA J. LEE
Assistant United States Attorney